UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 09-21259-CIV-TORRES

CARLOS OTERO & NANCY CRUZ,

    Plaintiffs,

vs.

A & F FIELD SERVICES, INC., JOSE O.
MEJIA, ATLANTIC GAS TURBINE CENTER,
INC. & FRANCISCO RODRIGUEZ,

    Defendant.

_____/

## REPORT AND RECOMMENDATION

THIS MATTER came on before the Court upon the Order **[DE # 22]** of reference entered by the Honorable Edwin G. Torres on September 22, 2009. In the Order, Judge Torres referred the parties to a settlement conference with the undersigned. This matter involves claims made under the Fair Labor Standards Act ("FLSA") among other claims.

On October 27, 2009, the undersigned held a settlement conference in this case pursuant to said Order of reference. All parties were present and all were represented by counsel during the settlement conference.

The parties reached an agreement during the settlement conference. The parties signed a confidential settlement agreement (the "Settlement Agreement") at the conclusion of the conference. The parties provided the undersigned with a copy of the executed Settlement Agreement. The undersigned has reviewed the parties' Settlement Agreement and makes the following findings of fact and recommendations:

1.       The Settlement Agreement reached by the parties is fair and reasonable. The Settlement Agreement represents a reasonable compromise of the issues between the parties.

2.       The undersigned hereby recommends to the Court that it approve the parties' Settlement Agreement.

Respectfully submitted this __17__ day of October, 2009.

**PETER R. PALERMO**
**SR. UNITED STATES MAGISTRATE JUDGE**

Copies furnished to:

All Counsel of Record